1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES  (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370

6  Attorneys for Defendant
   SUN LIFE AND HEALTH INSURANCE COMPANY
7

8  Cassie Springer-Sullivan (SBN 221506)
   Email: css@ssrlawgroup.com
9  Michelle L. Roberts (SBN 239092)
   Email: mlr@ssrlawgroup.com
10 SPRINGER-SULLIVAN & ROBERTS, LLP
   410-12TH Street, Ste. 325
11 Oakland, CA  94607
   Tel: (510) 992-6130
12 Fax: (510) 280-7564

13 Attorneys for Plaintiff MARY LYNN

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17 MARY LYNN,                        ) Case No.:    CV12-01304 RMW
                                     )
18        Plaintiff,                 ) **STIPULATION TO EXTEND TIME TO**
                                     ) **COMPLETE ADR; AND []**
19   v.                              ) **ORDER**
                                     )
20 SUN LIFE AND HEALTH INSURANCE     ) **[Local Rule 6-2]**
   COMPANY,                          )
21                                   ) **Supporting Document:**
          Defendant,                 ) **Declaration of Dennis J. Rhodes**
22                                   )
                                     )
23 _____

24

25        **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between Plaintiff

26 Mary Lynn and Defendant Sun Life and Health Insurance Company, through their attorneys of

27 record, as follows:

28
                                          1
**STIPULATION TO EXTEND TIME TO COMPLETE ADR; AND [] ORDER**
USDC NDCA Case #CV12-01304 PSG
923656.1

1    WHEREAS on May 23, 2012 the parties agreed to private mediation and filed a
2  Stipulation and Proposed Order selecting an ADR Process, to be completed on or before
3  September 1, 2012; and

4    WHEREAS on May 23, 2012 Defendant filed its Declination to proceed before a
5  magistrate judge and requested re-assignment to a district court judge; and

6    WHEREAS on May 25, 2012 the case was re-assigned to Judge Ronald M. Whyte; and

7    WHEREAS on August 9, 2012 Judge Whyte signed the May 23, 2012 ADR stipulation,
8  ordering the parties to complete ADR on or before September 1, 2012; and

9    WHEREAS Defendant's attorney assigned to handle this matter for Defendant has been on
10 leave since July 2012; and

11   WHEREAS Defendant has as of August 28, 2012, assigned this matter to Dennis Rhodes
12 for handling; and

13   WHEREAS due to the leave and reassignment mentioned herein Defendant was unable to
14 complete ADR with a private mediator on or before September 1, 2012; and

15   WHEREAS, on August 28, 2012, counsel for the parties engaged in an informal telephonic
16 mediation in an attempt to resolve the case before the September 1, 2012 deadline but were unable
17 to reach a settlement;

18   NOW, THEREFORE, the parties, through their attorneys of record, hereby stipulate and
19 request an order granting an extension of the deadline to complete the Court's ADR process until
20 October 19, 2012.

21
22  Date: August 28, 2012          WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP
23
                          By:   /s/ Dennis J. Rhodes
24                                 ADRIENNE C. PUBLICOVER
                                   DENNIS J. RHODES
25                                 Attorneys for Defendant
                                   SUN LIFE AND HEALTH
26                                 INSURANCE COMPANY

27
28
                                        2

1  Date: August 28, 2012              SPRINGER-SULLIVAN & ROBERTS, LLP

2
                                By:   */s/ Cassie Springer-Sullivan*
3                                     CASSIE SPRINGER-SULLIVAN
                                      MICHELLE L. ROBERTS
4                                     Attorneys for Plaintiff
                                      MARY LYNN
5

6

7
                                      **ORDER**
8

9  **PURSUANT TO STIPULATION IT IS SO ORDERED.**

10

11 Date: _J̶U̶H̶F̶G̶_          By: _Ronald M. Whyte_
12                                    HONORABLE RONALD M. WHYTE
                                      UNITED STATES MAGISTRATE JUDGE
13

**STIPULATION TO EXTEND TIME TO COMPLETE ADR; AND [] ORDER**
USDC NDCA Case #CV12-01304 PSG
923656.1