| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER  (SBN 161432) |
|   | Email: Adrienne.Publicover@WilsonElser.com |
| 2 | DENNIS J. RHODES  (SBN 168417) |
|   | Email: Dennis.Rhodes@WilsonElser.com |
| 3 | WILSON, ELSER, MOSKOWITZ, |
|   |     EDELMAN & DICKER LLP |
| 4 | 525 Market Street, 17th Floor |
|   | San Francisco, CA  94105 |
| 5 | Tel: (415) 433-0990 / Fax: (415) 434-1370 |
| 6 | Attorneys for Defendant |
|   | SUN LIFE AND HEALTH INSURANCE COMPANY |
| 7 | |
| 8 | Cassie Springer-Sullivan (SBN 221506) |
|   | Email: css@ssrlawgroup.com |
| 9 | Michelle L. Roberts (SBN 239092) |
|   | Email: mlr@ssrlawgroup.com |
| 10 | SPRINGER-SULLIVAN & ROBERTS, LLP |
|   | 410-12TH Street, Ste. 325 |
| 11 | Oakland, CA  94607 |
|   | Tel: (510) 992-6130 |
| 12 | Fax: (510) 280-7564 |
| 13 | Attorneys for Plaintiff |
|   | MARY LYNN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARY LYNN, | ) | Case No.:CV12-01304 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE AND ORDER** |
| v. | ) | |
| | ) | **[FRCP 41(A)(2)]** |
| SUN LIFE AND HEALTH INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

1

**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC NDCA Case #CV12-01304 RMW
959883.1

1  It is hereby stipulated by and between the parties to this action through their counsel of
record that the above-captioned action, and all claims encompassed therein, is dismissed with
prejudice, pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its
own costs, expenses and fees.

Date: January 7, 2013         WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP

                        By:   */s/ Dennis J. Rhodes*
                              ADRIENNE C. PUBLICOVER
                              DENNIS J. RHODES
                              Attorneys for Defendant
                              SUN LIFE AND HEALTH
                              INSURANCE COMPANY


Date: January 7, 2013         SPRINGER-SULLIVAN & ROBERTS, LLP

                        By:   */s/ Cassie Springer-Sullivan*
                              CASSIE SPRINGER-SULLIVAN
                              MICHELLE L. ROBERTS
                              Attorneys for Plaintiff
                              MARY LYNN


**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: FDI DFH                 By: *Ronald M. Whyte*
                              HONORABLE RONALD M. WHYTE
                              UNITED STATES DISTRICT JUDGE