ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES  (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
SUN LIFE AND HEALTH INSURANCE COMPANY

Cassie Springer-Sullivan (SBN 221506)
Email: css@ssrlawgroup.com
Michelle L. Roberts (SBN 239092)
Email: mlr@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS, LLP
410-12TH Street, Ste. 325
Oakland, CA  94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff
MARY LYNN

E-FILED on 1/14/13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY LYNN, | ) Case No.:CV12-01304 RMW |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE AND ORDER** |
| v. | ) |
| | ) **[FRCP 41(A)(2)]** |
| SUN LIFE AND HEALTH INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| | ) |

1    It is hereby stipulated by and between the parties to this action through their counsel of

2 record that the above-captioned action, and all claims encompassed therein, is dismissed with

3 prejudice, pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its

4 own costs, expenses and fees.

5

6 Date: January 7, 2013                 WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP

7                              By:___/s/ Dennis J. Rhodes_____
                                        ADRIENNE C. PUBLICOVER
8                                       DENNIS J. RHODES
                                        Attorneys for Defendant
9                                       SUN LIFE AND HEALTH
                                        INSURANCE COMPANY
10

11

12 Date: January 7, 2013                SPRINGER-SULLIVAN & ROBERTS, LLP

13

14                             By:___/s/ Cassie Springer-Sullivan_____
                                        CASSIE SPRINGER-SULLIVAN
15                                      MICHELLE L. ROBERTS
                                        Attorneys for Plaintiff
16                                      MARY LYNN

17

18

19                                  **ORDER**

20

21 **PURSUANT TO STIPULATION IT IS SO ORDERED.**

22

23 Date:_____    By:_____
                                        HONORABLE RONALD M. WHYTE
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28
                                        2
**STIPULATION OF DISMISSAL WITH PREJUDICE**